# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*

*v.*                              ## CRIMINAL COMPLAINT

*VALENTIN RODRIGUEZ*          **CASE NUMBER:** 22-4044 MJ CDB

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about February 9, 2022, in the District of Arizona, the defendant, **VALENTIN RODRIGUEZ, did intentionally and knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with the victim, Yavapai-Apache Police Officer P.B., a person designated under Title 18, United States Code, Section 1114 as a federal law enforcement officer at that time, while P.B. was engaged in and on account of the performance of his official duties, and such acts involved the use of a deadly or dangerous weapon, and inflicted bodily injury, all in violation of Title 18, United States Code, Sections 111(a)(1) and (b).**

### COUNT 2

On or about February 9, 2022, in the District of Arizona, the defendant, **VALENTIN RODRIGUEZ, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is, Assault of a Federal Officer, as alleged in Count 1, a felony prosecutable in a Court of the United States, in violation of Title 18, United States Code, Section 924(c).**

### COUNT 3

On or about February 9, 2022, in the District of Arizona, the defendant, **VALENTIN RODRIGUEZ, did intentionally and knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with the victim, Yavapai-Apache Police Officer T.B., a person designated under Title 18, United States Code, Section 1114 as a federal law enforcement officer at that time, while T.B. was engaged in and on account of the performance of his official duties, and such acts involved the use of a deadly or dangerous weapon, all in violation of Title 18, United States Code, Sections 111(a)(1) and (b).**

### COUNT 4

On or about February 9, 2022, in the District of Arizona, the defendant, **VALENTIN RODRIGUEZ, did knowingly use, carry, brandish, and discharge a firearm during and in**

relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is, Assault of a Federal Officer, as alleged in Count 3, a felony prosecutable in a Court of the United States,  in violation of Title 18, United States Code, Section 924(c).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:  **See attached Affidavit incorporated herein.**

Continued on an attachment sheet and made a part hereof: ☒ Yes   ☐ No

REVIEWED BY: AUSA Ben Goldberg

John Garcia, Special Agent, FBI
Complainant's Name and Title

Complainant's Signature            Date     2-10-22

Subscribed and sworn telephonically before me,

Date

Flagstaff, Arizona
City and State

CAMILLE D. BIBLES , U.S. Magistrate Judge
Name & Title of Judicial Officer

Camille D. Bibles

Signature of Judicial Officer

Digitally signed by Camille D. Bibles
Date: 2022.02.10 21:38:38 -07'00'

2

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### AFFIDAVIT IN SUPPORT OF COMPLAINT

I, **Special Agent John Garcia**, being duly sworn, state the following:

#### Introduction and Agent Background

1.      Your affiant, John A. Garcia, is a Special Agent ("SA") for the Federal Bureau of Investigation ("FBI") and has been so employed since January of 2019. Your affiant previously served as a sworn law enforcement officer for approximately ten years with the Savannah Police Department, in Savannah, Georgia, between 2009 and 2019. While in that role, your affiant was a criminal investigator and received extensive training in criminal investigations. Additionally, your affiant served as a deputized Task Force Officer with the FBI while in Savannah.

2.      This affidavit is based on the investigation, observations, and/or experience of your affiant, as well as the investigations, observations, and/or experiences of other law enforcement officers and/or witnesses, including those described in this affidavit. Because this affidavit is being made to establish probable cause for a complaint and an arrest warrant, your affiant has not listed every fact known regarding this investigation.

3.      This case involves a violation of Title 18, United States Code, Sections 111, Assault of a Federal Officer, and 924(c), Using, Carrying, Brandishing, and Discharging a Firearm During a Crime of Violence. All of the

1

events described occurred on or about February 9, 2022, within the confines of the Yavapai-Apache Indian Reservation, in the District of Arizona. The complaint and affidavit alleges that VALENTIN RODRIGUEZ ("RODRIGUEZ") used a firearm to fire upon Yavapai Apache police officers TB and PB in Camp Verde, Arizona on the Yavapai-Apache Indian Reservation. TB and PB are Special Law Enforcement Commission ("SLEC") certified police officers and are therefore authorized to conduct investigations and exercise authority delegated by virtue of 25 U.S.C. § 2803. Both TB and PB currently hold active SLEC cards from the Bureau of Indian Affairs.

### February 9 Shooting Incident

4. On February 9, 2022, Yavapai-Apache police were contacted after a witness, D.L., reported hearing gunshots in the Tunlii neighborhood near the north end of East Cherry Creek Road near the Verde river. The call was dispatched at approximately 7:18 PM and Officers TB and BP responded.

5. According to D.L., she first heard gunshots while in her residence. She stepped outside, did not see anything, and then returned to her residence. When she heard gunshots again, she contacted the police to report the gunfire. After one of her children mentioned that PB was outside, D.L. left her home and observed Yavapai-Apache police officers shouting commands to an adult male who was standing near a light-colored sedan down the hill from where D.L. lived. Law

2

enforcement officers later determined that D.L. was standing approximately 500 yards away, looking down from an elevated position.

6.     D.L. thought she heard the officers tell the individual to drop his gun. She then heard the individual say something about being left alone.   D.L. observed the individual walk away from the vehicle and then fire his gun twice toward officers TB and PB.   D.L. saw the officers return fire, saw a flashlight drop to the ground, and heard more gunfire.   She then saw the individual running in a northern direction upstream along the Verde river.

7.     Officer PB was hit by gunfire and transported to a hospital, where he underwent surgery.

8.     Law enforcement officers later learned that D.L., from her vantage point above the incident, also saw a female running toward the officers and the individual during the course of the incident.   D.L. knew this female to be D.R., RODRIGUEZ's daughter. D.L. thought that D.R. appeared to be in some distress.

9.     During a canvas of the immediate area by the FBI's Evidence Response Team, FBI officers located the light-colored sedan, later found to be a Nissan Altima, that the individual was standing near when TB and PB confronted him.   Officers also found a semi-automatic rifle approximately 30 yards from the vehicle. The rifle was observed to have a red or brown substance located near the end of the receiver of this firearm.   Based on training and experience, law enforcement officers

believed the substance to be blood.   Officers also observed a cell phone on the ground, with what appeared to be a bullet hole through the phone.

10.   According to the Yavapai-Apache police, the registered owners of the Nissan Altima were contacted and they told police that they had sold the vehicle to Valentin RODRIGUEZ approximately 3 or 4 weeks prior to the incident.

11.   Law enforcement officers also were able to see a package located in plain view inside the vehicle.   The package displayed an address matching RODRIGUEZ's address on his driver's license.

12.   FBI Agents, working with canines from the Department of Corrections' K9 Unit, were able to track a scent associated with the vehicle.   The canine tracked the scent north along the Verde River, then west toward a residential neighborhood. The canine tracked the same scent to a northern part of the neighborhood before losing the scent approximately 400 feet away from RODRIGUEZ's address.

13.   FBI agents also spoke with RODRIGUEZ's sister-in-law.   She confirmed RODRIGUEZ lived at the address associated with his driver's license, which was the same address seen on a package inside the Nissan Altima.   She also said that RODRIGUEZ and his daughter, D.R., were the only occupants at that address.   Agents also spoke to the housing service manager for the address, who provided a leasing agreement showing only RODRIGUEZ and D.R. as the current occupants of the house.

4

14.     FBI agents interviewed D.R., RODRIGUEZ's daughter.   D.R. was home alone on February 9 when she received a call from RODRIGUEZ, who states he was down by the river where the two of them could throw rocks.   D.R. believed RODRIGUEZ was likely driving a grey sedan he had recently purchased.   While on the phone, D.R. heard RODRIGUEZ reference seeing two cops with guns.   She then heard multiple gunshots through the phone, before the call ended.

15.     After the call ended, D.R. ran down to the river where she saw the grey sedan her father had purchased, along with two police vehicles.   She also saw a police officer helping another officer into one of the police vehicles.

16.     D.R. told FBI agents that she had seen her father with a firearm in the past.   She also told agents that she had lost her phone the night of the incident.   A phone matching the description she provided was later found near the scene of the shooting.

17.     A records check for RODRIGUEZ shows that he has previously been convicted of Misconduct Involving Weapons, an Arizona Class 4 felony.   Your affiant reviewed court records and confirmed that RODRIGUEZ was convicted on September 6, 2005, and sentenced to three years of probation.   RODRIGUEZ later attempted to restore his rights to possess a firearm, but the request was denied.

5

**Search Warrants**

18.    On February 10, 2022, the Honorable Camille D. Bibles, United States Magistrate Judge for the District of Arizona, authorized search warrants for the Nissan Altima (Case No. 22-4039MB) and for RODRIGUEZ's home (Case No. 22-4040MB).

19.    That same day, FBI agents executed the warrant on RODRIGUEZ's home and discovered a black .45 caliber pistol, an extended magazine with two rounds, another extended magazine with five rounds, one black drum magazine, a large number of firearm rounds, and an Arizona ID bearing RODRIGUEZ's information.

20.    That same day, agents also executed the warrant on the Nissan Altima. Inside, agents found a traffic ticket made out to RODRIGUEZ, as well as a scope for a firearm.

21.    Agents also canvassed the area surrounding the Nissan Altima.   In addition to the rifle, they also found a large number of firearm rounds and three firearm magazines.

**CONCLUSION**

22.    Based on the foregoing, your affiant believes there is probable cause to support that VALENTIN RODRIGUEZ has committed a violation of Title 18, United States Code, Sections 111, Assault of a Federal Officer, and 924(c), Using,

6

Carrying, Brandishing, and Discharging a Firearm During a Crime of Violence.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

_____          2 - 1 0 - 2 2
John Garcia                               Date
Special Agent, FBI

Telephonically sworn before me this 10th day of February, 2022.

Camille D. Bibles    Digitally signed by
                     Camille D. Bibles
                     Date: 2022.02.10
                     21:39:12 -07'00'          _____
HONORABLE CAMILLE D. BIBLES              Date
United States Magistrate Judge

7