GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Assistant U.S. Attorney
Arizona State Bar No. 019133
Email: Dimitra.Sampson@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Valentin Rodriguez, <br><br> Defendant. | 22-MJ-04044-CDB <br><br> **MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |

The United States of America, by and through undersigned counsel, hereby Moves to Dismiss the Complaint with Prejudice based upon the death of the Defendant. The government was notified that the Defendant died on February 25, 2022 from multiple gunshot wounds (Exh. 1).

It is not expected that excludable delay under Title 18 U.S.C. § 3161 will occur as a result of this motion or an order based thereon.

Respectfully submitted this 4th day of April, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

  *s/Dimitra H. Sampson*
DIMITRA H. SAMPSON
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System.

*s/Keona Ross*
U.S. Attorney's Office